MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARY J. SOTO )
)
    Plaintiff, )
)
vs. ) No. 2:20-cv-01924-RFB-NJK
)
VERIZON WIRELESS SERVICES, LLC )
a Foreign Limited-Liability Company )
)
    Defendant. )
)

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), the Defendant(s) named not having filed or served an answer or motion for summary judgment; the Plaintiff(s) in the above-entitled action as to the Defendant(s) named requests, authorizes and directs the Clerk of Court to enter a judgment of dismissal with prejudice, each party to bear its own costs and attorney's fees.

DATED: November 24, 2020

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada 89102
Attorney for Plaintiff